*Law Offices of Isaac Nutovic*
*Proposed counsel to Debtor and Debtor in Possession*
*261 Madison Avenue, 26th Floor*
*New York, N.Y. 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                  Chapter 11

      32 JANIE LLC,                                              Case No. 25-12914 (jpm)

                      Debtor.
-----------------------------------------------------------------x

## LOCAL RULE 1007-2 DECLARATION

**Ephraim Diamond**, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, says:

1. I am the Managing Member of Arbel Capital Advisors LLC, the Manager of 32 Janie LLC (the "Debtor"), the above-named debtor. I make this statement based on my review of the Debtor's information, due inquiry of ownership and records available to me.

2. I am the founder and managing member of Arbel Capital Advisors LLC ("Arbel"), an advisory firm specializing in business restructurings and workouts, bankruptcy, and litigation planning, including chapter 11 reorganizations and independent and fiduciary oversight for distressed and special situations. I have close to 25 years of restructuring and crisis management experience and have appeared on behalf of debtors in numerous bankruptcy cases across the country, including in the Southern and Eastern Districts of New York. I am currently acting and have in the recent past acted as a restructuring officer or independent fiduciary for several cases pending in this district including: Broadway Realty I Co., LLC, et al., 25-11050 (DSJ); 203 W 107 Street LLC, 20-12960 (LGB); Urban Commons 2 West LLC, 22-11509 (PB); In re Walsam, 24-11231 (MEW);

1

    Winta Property Management 24-10848 (MEW); Wythe Berry Fee Owner, 22-11340 (MG).

3. I have worked on numerous real estate related restructurings and am familiar will all aspects of such transactions including refinancings, modifications, short sales, operational enhancements and management. In addition, I serve as an independent director for several companies, both inside and outside of distressed situations, and serve various roles for the post-confirmation litigation/creditor trusts for Endo Pharmaceuticals, Mallinckrodt and the Nine West Litigation Trust. From January 2008 through June 2018, I served as a director and senior legal analyst at Davidson Kempner Capital Management, LP. Prior to that, I was a corporate bankruptcy associate at Paul, Weiss, Rifkind, Wharton & Garrison, LLP from 2001 through 2007.

4. I submit this declaration pursuant to S.D.N.Y. Local Rule 1007-2, and in support of the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), filed on December 29, 2025 (the "Filing Date").

**Background and Reasons for Filing**

5. The Debtor is a New York limited liability corporation.

6. The Debtor owns a property located at 32 Jane Street, New York, New York (the "Property"). 100% of the Debtor's membership interests were originally owned by Jacob Frumkin who passed away on February 3, 2025. The preliminary executors of his estate, Nicole Christine Frumkin and Samuel Frumkin, have since signed an Election to Continue Existence of Limited Liability Company.

7. The Property was acquired in December 2022 with the intention of developing it with five residential units and one medical unit. The Property is encumbered by a mortgage in

2

favor of DRK Fund 1 LLC (the "Lender") in the principal amount of $4.2 million plus interest and other expenses. Development of the Property was halted mid-construction after a neighbor obtained a restraining order in March of 2024. The case was settled and discontinued in December 2024.

8. The Lender filed a foreclosure complaint in February 2025 but the Debtor's time to respond has been extended. After efforts to sell the Property at a price acceptable to the mortgage holder were unsuccessful and faced with the possibility of the mortgagee continuing the foreclosure proceeding, the Debtor, with the support of the Lender, has filed this case with the intention of conducting an auction sale on an expedited basis.

9. The Debtor has no other significant assets except for a bank account with approximately $135.

## Required Information

10. This case was not originally commenced under any other chapter; nor was any committee formed prior to the Filing Date.

11. Annexed hereto is list of the holders of the twenty largest unsecured claims (Exhibit A) and the holders of the five largest secured claims (Exhibit B) and a summary of assets and liabilities (Exhibit C).

12. The sole holder of membership interests in the Debtor is the Estate of Jacob Frumkin.

13. None of the Debtor's property is in the possession or custody of any third party.

14. The Debtor is not operating its business, but its Manager is located at 4 Waverly Place, Lawrence New York.

15. There are no actions or proceedings pending or threatened.

16. Arbel Capital Advisors is the sole Manager of the Debtor having been appointed as such

on December 23, 2025; I have stewarded many real estate bankruptcies in this and many other courts.

December 30, 2025

*Ephraim Diamond*
_____
Ephraim Diamond

# Exhibit A

**Fill in this information to identify the case:**

Debtor name: 32 JANIE LLC

United States Bankruptcy Court for the: SOUTHERN District of NY (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BSI America Professional Services Inc. 1950 Opportunity Way Ste 900 Reston, VA, 20190-5498 | | SERVICES | unliquidated | | | 1500.00 |
| 2 | Pest Pro Inc. 242 Putnam Road New Canaan, CT 06840 | | SERVICES | unliquidated | | | 4991.95 |
| 3 | Municipal Building Consultants, Inc. 233 Broadway Suite 2050 New York, NY 10279 | | SERVICES | unliquidated | | | 3500 |
| 4 | MICHAEL SCHMITT ARCHITECT PC 30 Vesey Street, PH NY NY 10007 | | SERVICES | unliquidated | | | 58045.36 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____  Case number (*if known*)_____
　　　　　*Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204　　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　　page 2

# Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                         Chapter 11

    32 JANIE LLC

                                         Case No. 25-

                                Debtor
---------------------------------------------------------x

## LIST OF 5 LARGEST SECURED CREDITORS

The following is the list of holders of secured claims in 32 Janie LLC:

| | |
|---|---|
| DRK  Fund 1 LLC<br>Perkins Coie<br>505 Howard Street , Suite 1000,<br>San Francisco CA 94105-3204 | $4,200,000 |
| SW Engineering Company PLLC<br>589 8th Avenue, 4th Floor<br>New York NY 10018 | $63,915 |

Dated: New York, New York
       December 2_, 2025

                                      LAW OFFICES OF ISAAC NUTOVIC
                                        Proposed Attorneys for Debtor

                                 By:   *s/Isaac Nutovic*
                                      Isaac Nutovic, Esq.
                                      261 Madison Avenue, 26th Floor
                                      New York, New York 10016
                                      (917) 922-7963

# Exhibit C

**Fill in this information to identify the case:**

Debtor name: __32 JANIE LLC__

United States Bankruptcy Court for the: __SOUTHERN__ District of __NY__ (State)

Case number (If known): __25-12914__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ __UNKNOWN__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ __135__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ __135+__

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ __4,811,195__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ __0__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... + $ __346,770__

4. **Total liabilities**.................................................................................................................................. $ __5,157,965__
    Lines 2 + 3a + 3b

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1